No. 00–10405. MITCHELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10406. MEADE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–10407. JACKSON v. MECKLENBURG COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10408. SAWYER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10409. CARINI v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–10410. SHEPARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10411. ROBINSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10412. RODGERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10413. ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10414. PARKER v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10415. LLOYD v. GENERAL MOTORS HOURLY-RATE EMPLOYEES PENSION PLAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–10416. SHERROD v. BRILEY, SUPERINTENDENT, ILLINOIS YOUTH CENTER, JOLIET. C. A. 7th Cir. Certiorari denied.

No. 00–10417. JOHNSON v. CIRCUIT CITY STORES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10418. PETERSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.